**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Joseph Hinojos_
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
**Western District of Texas**
Pecos Division

| | | |
|---|---|---|
| United States of America<br>v.<br>Garcia-Villa, Gabriel<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) | Case No. **PE: 25-MJ-605** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 15, 2023** in the county of **Brewster** in the
**WESTERN DISTRICT OF TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Defendant,<br>8 USC 1324(a)(1)(A)(ii) | Defendant(s) did knowing or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law, transport, or move or attempted to transport or move, an alien within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_
Border Patrol Agent Raul Contreras
_Printed name and title_

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: **11/18/2025**

City and state: **Alpine, Texas**

_Judge's signature_
Honorable Judge David B. Fannin
United States Magistrate Judge

AFFIDAVIT

United States of America
v.
Defendant:

1) Garcia-Villa, Gabriel

On November 14, 2025, Gabriel GARCIA-VILLA and Mat Wit #2 attempted to reserve a room at the Easter Egg Motel in Study Butte, Texas, using a photocopy of a credit card, which was declined. They later paid with GARCIA-VILLA's debit card. Due to suspicious payment methods linked to human smuggling, the receptionist contacted the Brewster County Sheriff's Office (BCSO). BCSO and Border Patrol agents conducted a "knock and talk" at room 8, where Mat Wit #2 admitted to being in the U.S. illegally and was arrested. GARCIA-VILLA was later arrested for harboring an illegal alien.

GARCIA-VILLA explained that the night prior to relocating to the motel, he was in a room with Mat Wit #2, his associate, and his stepson. During the evening, his associate borrowed GARCIA-VILLA's red Chevrolet pickup truck to go to the store. The associate and stepson left in the truck but did not return. Later that night, GARCIA-VILLA was informed by his cousin that his truck had been detained at the Marfa, Texas checkpoint. Border Patrol agents at Marfa had arrested GARCIA-VILLA's associate and stepson for human smuggling. During the incident, an illegal alien in the truck presented a birth certificate under the name of Gabriel GARCIA-VILL. The illegal alien was subsequently arrested and processed at the Marfa Border Patrol Station. GARCIA-VILLA claimed he was unaware of the incident and stated he had left his birth certificate in the truck. He denied knowledge of the birth certificate being used to smuggle an illegal alien through the checkpoint.

The illegal alien in the Marfa checkpoint case identified GARCIA-VILLA and his associate as facilitators in the smuggling operation. He stated GARCIA-VILLA and his associate traveled to Chihuahua, Mexico, and drove him to Ojinaga, Mexico. From there, they transported him to a location near the river, where GARCIA-VILLA's associate acted as a foot guide to cross him illegally into the United States. Once across, GARCIA-VILLA picked them up and drove them to a house where the illegal alien met Mat Wit #2. The illegal alien stated he paid GARCIA-VILLA $3,000 in Mexico and was supposed to pay $4,000 to GARCIA-VILLA's associate upon reaching Odessa, Texas. He also identified GARCIA-VILLA as the person who provided him with the birth certificate and instructed him to memorize the personal information in case he was questioned.

Further investigation revealed GARCIA-VILLA, his stepson, and his associate were involved in a human smuggling operation. Witness testimonies from Mat Wit #2 and the illegal alien implicated GARCIA-VILLA in facilitating illegal border crossings, providing fraudulent documents, and coordinating transportation for monetary gain. The investigation indicated a coordinated smuggling network operating between Mexico and Texas.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

Raul Contreras
Border Patrol Agent

David B. Fannin
United States Magistrate Judge